UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TOM WOOLFORD,

    Plaintiff,

v.                                                      Case No. 2:05-cv-213
                                                        CONSENT CASE

BAY PINES CENTER,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's motion to dismiss (Docket #29) is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated:   September 6, 2006